371 A.2d 274.

MARTHA SAUNDERS *vs.* HOWARD REALTY COMPANY *et al.*

MARCH 31, 1977.

PRESENT: Bevilacqua, C.J., Paolino, Joslin, Kelleher and Doris, JJ.

JOSLIN, J. This is a civil action to recover for injuries sustained by the plaintiff who tripped and fell because of an alleged defect in a public sidewalk in front of the defendants' premises. It is founded upon the erroneous notion that an owner or occupant of land owes the public a duty to keep an abutting public sidewalk in good repair and condition. Our law does not impose that obligation. *Therrien* v. *First Nat'l Stores, Inc.,* 63 R.I. 44, 49, 6 A.2d 731, 733 (1939); *Sneeson* v. *Kupfer,* 21 R.I. 560, 561, 45 A. 579, 579 (1900). This is not to say that a landowner or occupant will escape liability if the defect responsible for the fall was caused by the fault of the owner or occupant, *Sneeson* v. *Kupfer, supra* at 561, 45 A. at 579, or if

the fall occurs on a passageway located on his premises and provided by him for the use of his tenants. *Fuller* v. *Housing Authority*, 108 R.I. 770, 279 A.2d 438 (1971). But in this case the fall was on the public sidewalk, rather than on a common passageway, and nothing in the affidavits on file establishes a factual basis for the plaintiff's assertion that the defect was attributable to the defendants' fault. Nor do those affidavits provide a basis for the plaintiff's novel contention that the defendants had agreed with their tenants to maintain and repair the sidewalk and that consequently she, as a business invitee of one of those tenants at the time of her fall, can maintain her claim as a beneficiary of that agreement.

There being no genuine issue of material fact and the defendants being entitled to judgment as a matter of law on the facts submitted, summary judgment was properly entered. Accordingly, the plaintiff's appeal is denied and dismissed, and the judgment appealed from is affirmed.

*James J. McGair,* for plaintiff.

*Higgins, Cavanagh & Cooney, Joseph V. Cavanagh, James M. Micali,* for defendants.